Carl D. Crowell, OSB No. 982049
email:  crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **VOLTAGE PICTURES, LLC**, <br><br>        Plaintiff, <br><br> v. <br><br><br> **DOE NO. 1**, <br> (IP 76.115.222.150) <br><br><br>        Defendant. | Case No.:  6:14-cv-00816-MC <br><br> RULE 7.1 DISCLOSURE |

PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff states it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED:  May 23, 2014.

CROWELL LAW

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
P.O. Box 923
Salem, OR 97308
Tel:  503-581-1240
Email: crowell@kite.com
Of attorneys for the plaintiff